**DIA NAVIGATION COMPANY, LIMITED, Appellant,**

v.

**James POMEROY, District Director Immigration and Naturalization Service; Chris Sale, Commissioner Immigration and Naturalization Service; Janet Reno, Attorney General, Department of Justice.**

No. 93–5538.

United States Court of Appeals,
Third Circuit.

Sept. 7, 1994.

Before HUTCHINSON, ROTH and ROSENN, Circuit Judges.

ORDER

ORDERED that the petition for panel rehearing in the above-captioned matter is granted and the opinion filed therein is hereby vacated.

By the Court,
/s/ Jane R. Roth
    Circuit Judge